UNITED STATES of America, Plaintiff–Appellee,

v.

Garrett Kirby LaFROMBOISE, Defendant–Appellant.

No. 14–30082.

United States Court of Appeals, Ninth Circuit.

Submitted July 27, 2015.*

Filed July 29, 2015.

Zeno Benjamin Baucus, USHE–Office of the U.S. Attorney, Helena, MT, Leif Johnson, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, Timothy John Racicot, Assistant U.S., USMI–Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Garrett Kirby LaFromboise, Mendota, CA, pro se.

Evangelo Arvanetes, Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

## MEMORANDUM **

Garrett Kirby LaFromboise appeals from the district court's judgment and

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

challenges his 160–month sentence for assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a), 113(a)(6), and 3559(f)(3).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), LaFromboise's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided LaFromboise the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw as counsel is **GRANTED.**

**AFFIRMED.**